UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

J.D. CHARLES MCMANUS,

    Plaintiff,

  v.

JOSEPH LEHMAN,

    Defendant.

Case No. C05-5563RBL

ORDER TO PROVIDE SERVICE DOCUMENTS

    Plaintiff has been granted leave to proceed *in forma pauperis*. Plaintiff has not provided service documents. The Clerk is directed to send plaintiff one service form.

    Plaintiff will fill out the form and return it with a copy of the complaint so the court can attempt service by mail. The form must be returned on or before **November 18th, 2005** or the court will recommend dismissal for failure to prosecute.

    The Clerk is directed to send a copy of this Order and the service forms to plaintiff and note this matter for **November 18th, 2005.**

    DATED this 7th day of October, 2005.

                                       */S/ J. Kelley Arnold*
                                       J. Kelley Arnold
                                       United States Magistrate Judge

ORDER