UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JD CHARLES McMANUS,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSEPH LEHMAN,<br><br>                    Defendant. | Case No.  C05-5563RBL<br><br>REPORT AND<br>RECOMMENDATION<br><br>**NOTED FOR:**<br>**DECEMBER 16th, 2005** |

        This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge

pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and

MJR 4.   On October 7th, 2005 the court entered an Order requiring plaintiff to submit service documents

including copies of the complaint.  (Dkt. # 5).  Plaintiff has not complied.

        Plaintiff was specifically informed that failure to provide the documents would result in a Report and

Recommendation that this action be dismissed without prejudice for failure to prosecute.  (Dkt. # 5).  As

plaintiff has not complied with the court's order the court now recommends this action be **DISMISSED**

**WITHOUT PREJUDICE.**  A proposed order and proposed judgment accompanies this Report and

Recommendation.

        Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal rules of Civil Procedure, the

parties shall have ten (10) days from service of this Report to file written objections.  *See also* Fed. R. Civ.

P. 6.  Failure to file objections will result in a waiver of those objections for purposes of appeal.  Thomas v.

1  Arn, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the clerk is directed to

2  set the matter for consideration on **December 16th, 2005**, as noted in the caption.

4      DATED this 30th day of November, 2005.

6                          /S/ J. Kelley Arnold
                           J. Kelley Arnold
7                          United States Magistrate Judge

REPORT AND RECOMMENDATION
Page - 2